UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD HOLLIS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:10-CV-4937 |
| | ) | |
| | ) | Judge Milton I. Shadur |
| | ) | |
| vs. | ) | Jury Trial Demanded |
| | ) | |
| | ) | |
| TRANS UNION, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS INC., | ) | |
| EQUIFAX INC., CHASE BANK and | ) | |
| VALENTINE & KERBATAS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT EQUIFAX INC'S**
**LOCAL RULE 3.2 NOTICE OF AFFILIATES**

COMES NOW, Equifax Inc., and submits the following corporate disclosure statement:

Equifax Inc. is publicly traded on the New York Stock Exchange. It has no parent corporation or publicly held company holding ten percent or more of its stock.

Dated: August 9, 2010

                                                 Respectfully submitted,
                                                 EQUIFAX INC.

                                                 By: /Michael D. Douglas
                                                     Michael D. Douglas
                                                     KING & SPALDING LLP
                                                     1180 Peachtree Street, NE
                                                     Atlanta, Georgia 30309
                                                     (404) 572-4600
                                                     (404) 572-5100
                                                     mdouglas@kslaw.com