**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GERALD HOLLIS,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 1:10-cv-04937 |
| **CHASE, EQUIFAX, INC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and VALENTINE & KEBARTAS, INC.,** | Judge: Milton I. Shadur |
| **Defendants.** | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. **Parent Companies**: The ultimate parent company of Experian is Experian plc.

2. **Subsidiaries Not Wholly Owned:** The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a)   First American Real Estate Solutions, LLC

    (b)   Vehicle Title, LLC

    (c)   Central Source LLC

    (d)   Online Data Exchange LLC

    (e)   New Management Services LLC

    (f)   VantageScore Solutions LLC

    (h)   Opt-Out Services LLC

3. **Publicly Held Companies:**  Experian plc owns 100 percent of Experian.  Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated:  August 12, 2010

Respectfully submitted,

s/Victoria L. Holland

Victoria L. Holland (6293021)
vholland@jonesday.com
JONES DAY
77 West Wacker
Suite 3500
Chicago, IL  60601-1692
Telephone:   (312) 782-3939
Facsimile:   (312) 782-8585

COUNSEL FOR DEFENDANT EXPERIAN
INFORMATION SOLUTIONS, INC.