U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case Number: 1:10-cv-4937

GERALD HOLLIS
v.
CHASE, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC and VALENTINE & KEBARTAS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHASE BANK USA, N.A.

| | |
|---|---|
| NAME (Type or print) Gregory S. Gistenson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gregory S. Gistenson | |
| FIRM Barnes & Thornburg LLP | |
| STREET ADDRESS One N. Wacker Drive, Suite 4400 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6299856 | TELEPHONE NUMBER (312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |