**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GERALD HOLLIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHASE, EQUIFAX, INC, EXPERIAN )<br>INFORMATION SOLUTIONS, INC., )<br>TRANSUNION, LLC, and VALENTINE )<br>& KEBARTAS, INC., )<br>)<br>Defendants. ) | Case No.: 10 cv 4937<br><br>Judge: Milton I. Shadur<br><br>Magistrate Judge Geraldine Soat Brown |

### DEFENDANT CHASE BANK USA, N.A.'S MOTION TO DISMISS COUNTS 1, 6, 11, AND 12 OF PLAINTIFF'S COMPLAINT FOR DECLARATORY, INJUNCTIVE AND OTHER RELIEF

Defendant, CHASE BANK USA, N.A. ("Chase"), by and through its attorneys, Barnes & Thornburg LLP, respectfully moves the Court to enter an Order dismissing Counts 1, 6, 11, and 12 of Plaintiff Gerald Hollis's ("Hollis") Complaint for Declaratory, Injunctive and Other Relief. In support of its Motion, Chase states as follows:

1. Hollis's allegations against Chase fail to state a claim upon which relief can be granted. Therefore, Counts 1, 6, 11, and 12 of Hollis's Complaint should be dismissed pursuant to Rule 12(b)(6).

2. Chase incorporates all points and authorities contained in its Brief in support of its motion to dismiss, filed concurrently herewith.

WHEREFORE, Defendant Chase Bank USA, N.A., respectfully requests that the Court enter an Order dismissing Counts 1, 6, 11, and 12 of Plaintiff Gerald Hollis's Complaint for

1

Declaratory, Injunctive and other Relief with prejudice, and for such other relief as the Court deems fair and just.

        Respectfully submitted,

By:   /s/ James E. Michel
Brad E. Rago
James E. Michel
Gregory S. Gistenson
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: brago@btlaw.com;
jmichel@btlaw.com; ggistenson@btlaw.com

Attorneys for Chase Bank USA, N.A.

CHDS01 614021v1

2