**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GERALD HOLLIS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:10-cv-4937 |
| | ) |
| vs. | ) Judge: Milton I. Shadur |
| | ) |
| CHASE, EQUIFAX, INC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and VALENTINE & KEBARTAS, INC., | ) Removed from the Circuit Court of the Eighteenth Judicial Circuit, County of DuPage, Illinois |
| | ) |
| | ) DuPage Case No.: 2010 MR 960 |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on August 18, 2010, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Shadur in the courtroom usually occupied by him, **Room 2303** of the Dirksen Federal Court Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present **Defendants' Motion to Dismiss Plaintiff's Complaint**, a copy of which is attached and hereby served upon you.

BARNES & THORNBURG LLP


By:   /s/ James E. Michel
     One of Its Attorneys

Brad E. Rago (brago@btlaw.com)
James E. Michel (jmichel@btlaw.com)
Gregory S. Gistenson (gregory.gistenson@btlaw.com)
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606-2833
Telephone: (312) 357-1313
Fax: (312) 759-5646
Attorneys for Defendant Chase Bank USA, N.A.

Dated: August 10, 2010

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing Notice of Motion, Motion to Dismiss, and Brief in Support of Defendant's Motion to Dismiss were caused to be served upon the following attorneys of record via the Court's electronic filing system or by depositing the same in the U.S. Mail, this 10th day of August, 2010:

Terri R. Brown, Esq.
SCHUCKIT & ASSOCIATES, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, Indiana 46204
Counsel for TransUnion, LLC

Victoria L. Holland, Esq.
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Counsel for Experian Information Solutions, LLC

Michael D. Douglas, Esq.
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1700
Atlanta, Georgia 30309
Counsel for Equifax, Inc.

Bryan M. Sims, Esq.
SIMS LAW FIRM, LTD.
1755 Park Street, Suite 200
Naperville, Illinois 60563
Attorney for Plaintiff

Valentine & Kebartas, Inc.
c/o Patrick B. Gough
Registered Agent
2701 Hastings Road
Chatham, Illinois 62629

   /s/ James E. Michel