**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GERALD HOLLIS, </br></br>  Plaintiff, </br></br> vs. </br></br> CHASE, EQUIFAX, INC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and VALENTINE & KEBARTAS, INC., </br></br>  Defendants. | Case No.: 10 cv 4937 </br></br> Judge: Milton I. Shadur </br></br> Magistrate Judge: Geraldine Soat Brown |

### LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chase Bank USA, N.A. hereby files its Notification of Affiliates and Corporate Disclosure Statement.

Chase Bank USA, N.A. is an indirect subsidiary of JPMorgan Chase & Co. No publicly held corporation other than JPMorgan Chase & Co. owns more than 5% of its stock. JPMorgan Chase & Co. is a publicly held corporation and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

By:     /s/ James E. Michel
Brad E. Rago
James E. Michel
Gregory S. Gistenson
BARNES & THORNBURG LLP
One N. Wacker Dr., Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: brago@btlaw.com;
jmichel@btlaw.com; ggistenson@btlaw.com
Attorneys for Chase Bank USA, N.A.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing *Local Rule 3.2 Notification of Affiliates and Rule 7.1 Corporate Disclosure Statement* was served on all counsel of record via the Court's CM/ECF system on this _____ day of August 2010:

/s/James E. Michel